# ELECTRONIC RECORD

COA #   07-14-00163-CR          OFFENSE:  21.11

STYLE:  Fernando Pena v. The State of Texas          COUNTY:  Hale

COA DISPOSITION:   Affirmed          TRIAL COURT:  242nd District Court

DATE: 06/14/2015          Publish: NO   TC CASE #:   B19587-1401

# IN THE COURT OF CRIMINAL APPEALS

STYLE:   Fernando Pena v. The State of Texas          CCA #:   840-15

_____APPELLANT'S_ Petition          CCA Disposition: _____

FOR DISCRETIONARY REVIEW IN CCA IS:          DATE:   _____

_____REFUSED_____          JUDGE:   _____

DATE: _10/14/2015_          SIGNED: _____          PC: _____

JUDGE: _Per Curiam_          PUBLISH: _____          DNP: _____

-------------------------

_____ MOTION FOR

REHEARING IN CCA IS: _____

JUDGE: _____

# ELECTRONIC RECORD